**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50303 |
| Plaintiff - Appellee, | D.C. No. 3:09-cr-03844-JAH |
| v. | |
| RODOLFO DUARTE, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Southern District of California
John A. Houston, District Judge, Presiding

Submitted September 10, 2012[**]

Before:      WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

Rodolfo Duarte appeals from his jury-trial conviction and 12-month

sentence for importation of marijuana, in violation of 21 U.S.C. §§ 952 and 960;

and for possession of marijuana with intent to distribute, in violation of 21 U.S.C.

---

[*]      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

§ 841(a)(1).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Duarte's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  We have provided Duarte the opportunity to file a pro se supplemental brief.  No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**